UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24cr270 JSS-EJK

RUDY SALAZAR

21 U.S.C. § 846
21 U.S.C. § 841

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about November 21, 2023, in the Middle District of Florida and elsewhere, the defendant,

RUDY SALAZAR,

did knowingly and willfully combine, conspire, and agree with other persons both known and unknown, to possess with intent to distribute controlled substances. The violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of fentanyl, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, contrary to the provisions of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) and (b)(1)(C).

## COUNT TWO

On or about November 21, 2023, in the Middle District of Florida, the defendant,

RUDY SALAZAR,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of fentanyl, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances.

All in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C)

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 841(a)(1) or 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

ROGER B. HANDBERG
United States Attorney

By: *(signature)*

David J. Pardo
Assistant United States Attorney

By: *(signature)*

Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section